299 So.2d 341

In re James PRINCE

v.

CITY OF BIRMINGHAM.

Ex parte James Prince.

SC 895.

Supreme Court of Alabama.

Aug. 22, 1974.

William Conway, Birmingham, for petitioner.

William C. Walker, Birmingham, for the City of Birmingham, respondent.

JONES, Justice.

Petition of James Prince for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Prince v. City of Birmingham, 53 Ala.App. 294, 299 So.2d 339.

Writ denied.

COLEMAN, HARWOOD, BLOODWORTH and McCALL, JJ., concur.

298 So.2d 652

In re Carl Michael SEIBERT

v.

STATE.

Ex parte Carl Michael Seibert.

SC 917.

Supreme Court of Alabama.

Aug. 8, 1974.

Earl E. Cloud and James T. Baxter, III, Huntsville, for petitioner.

No brief for the State.

MERRILL, Justice.

Petition of Carl Michael Seibert for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Seibert v. State, 53 Ala.App. 229, 298 So.2d 649.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and FAULKNER, JJ., concur.